## **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Exavier L. Wardlaw

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

The City of Philadelphia

PhillyCAM Public Access TV

And its Board of Directors
individualy

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number.  If you are presently in custody, include your identification
      number and the name and address of your current place of confinement.  Do the same for any additional
      plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name                    Exavier L. Wardlaw
                Street Address          4601 Fernhill Rd
                County, City            Philadelphia Philadelphia
                State & Zip Code        Pennsylvania   19144
                Telephone Number        215 438 2042

*Rev. 10/2009*

B.     List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name _The City of Philadelphia_

Street Address _____

County, City _Phila, Phila_

State & Zip Code _____

Defendant No. 2     Name _PhillyCAM_

Street Address _699 Ranstead St_

County, City _____

State & Zip Code _____

Defendant No. 3     Name _Anthony Mazza_

Street Address _1 CO PhillyCAM_

County, City _____

State & Zip Code _____

Defendant No. 4     Name _Charles Gregory_

Street Address _1 CO PhillyCAM_

County, City _____

State & Zip Code _____

Continued 2a

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions          ○ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _The Civil Rights Act of 1964_

_____

_____

# The Board of Directors
## IN Care of PhillyCAM

5.     DeNise James          ⟶ I.C.O. PhillyCAM

6. UNderwood Selby

7. Elizabeth Estrada                    ↑

8. ERNesT OweNs

9. G.E. NikpouR

10. Jihad Ali

11. Kyle Odom

12. LAuReN SeTTles

13 Liz FitzgeraId

14 LorNe PearT

15 MelANie Harris

16 Pascale VaLLee                    ↓

17 ShameKa SAwyeR

18 SusaN HAucK

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  PhillyCAM

B.    What date and approximate time did the events giving rise to your claim(s) occur?  Feb. 5, 2021

C.    Facts: I Am A member of PhillyCAM The public Access TV station. I submitted for Airing The film, Underground in Alphabet City About the Lower East Side with Ed Koch, Ed Asner and Rosario Dawson. The work was Rejected for Airing because "iT was not made in Phila. or by A Philadelphian" As dictated by The board of Directors dispite the first Amendment. In denying me the Right of freedom of speech Philly CAM and its board of Directors discriminated against me, Treating me differently from other producers and violating The civil Rights Act of 1964.
    AT The same Time That my work was Rejected PhillyCAM Aired the Tony Paris Film, The Lower East side Project, Democracy Now And Gay USA non of which was produced in Phila. or by A Philadelphian.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,
you required and received. ___NA___

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and
the basis for such compensation.

I would like the City of Philadelphia to inform
PhillyCAM that citizens (Members) have the Right
of Freedom of speech and not to discriminate
against Members for political Reasons.
I would like PhillyCAM to inform it's
Board of Directors not to create Regulations
that attempts to negate Constitutional First
Amendment Right to speak on the public
airways for political and Racist Motives
Thereby discriminating against me as a Member
of PhillyCAM.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _ov_ day of _April 26 2021_ , 20 _21_.

Signature of Plaintiff _Xavier Wardlaw_
Mailing Address _4601 Fernhill Rd._
_Phila, Pa, 19144_
_____
Telephone Number _215-438-2042_
Fax Number *(if you have one)* _____
E-mail Address _exavierwardlaw@vecizon.Net_

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _4601 Fernhill Rd. Phila. Pa 19144_

Address of Defendant: _699 Ranstead St. Phila, Pa._

Place of Accident, Incident or Transaction: _PhillyCAM 699 Ranstead St._

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _April 26, 2021_ _____  _____
*must sign here*
~~Attorney-at-Law~~ / Pro Se Plaintiff          Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
*Sign here if applicable*
Attorney-at-Law / Pro Se Plaintiff          Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

CLERK, UNITED STATES DISTRICT COURT

PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS

**TO:**


B2020H.17

$1.00
US POSTAGE
FIRST-CLASS
062520202025
FROM 19106