# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### OFFICE OF THE CLERK

U.S. COURTHOUSE
601 MARKET STREET ROOM 2609
PHILADELPHIA, PA 19106



**KATE BARKMAN**
CLERK OF COURT

CLERK'S OFFICE
215-597-7704

06/02/2021

EXAVIER L. WARDLAW
4601 FERNHILL ROAD
PHILADELPHIA, PA 19144

21-cv-1942

Enclosed please find your Check/Money Order no. __27255533736__ in the amount of $ __405__ of which we return for the following reason(s):

☐ We request your case # in this court, EDPA, for proper posting

☐ Check was damaged.

☐ Check must be payable to: Clerk, U.S. District Court

☐ Name or case number on check was illegible.

☑ Check/money order is made out for the incorrect amount. The correct fee is $ __402__.

☐ Habeas Corpus check and paperwork do not match up.

☐ Checking Account has insufficient funds.

☐ Filing fee previously paid electronically via pay.gov, receipt no. _____

☐ Other: _____

If your case is in this court, please correct the check and return at your earliest convenience.

Should you have any questions concerning this matter, please contact the Finance Department.

Sincerely,
KATE BARKMAN, CLERK

By:
Steve Tomas                    Deputy Clerk