# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EXAVIER L. WARDLAW** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-1942** |
| | : | |
| **THE CITY OF PHILADELPHIA,** *et al.* | : | |

## **ORDER**

**AND NOW**, this 23rd day of June 2021, upon considering the June 10, 2021 receipt of the filing fee for this matter, it is **ORDERED** the Clerk of Court shall issue summons in this matter.

_____
**KEARNEY, J.**