| | |
|---|---|
| **From:** | Exavier Wardlaw <exavierwardlaw@verizon.net> |
| **Sent:** | Friday, July 30, 2021 9:22 AM |
| **To:** | PAED Documents |
| **Subject:** | Reissue summons case#2:21-cu-0142-mak w... |

**CAUTION - EXTERNAL:**

Dear administrator,

I would like file a request for a reissue the summons of this case.

Thank you,
Exavier Wardlaw

Sent from the all new AOL app for Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.