IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXAVIER L. WARDLAW | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-1942 |
| | : | |
| THE CITY OF PHILADELPHIA, *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of November 2021, upon reviewing the docket and noting Plaintiff has not timely filed proof of service on any of the Defendants, it is **ORDERED** Plaintiff shall file proof of timely service on the Defendants or **show cause** in a Memorandum filed no later than **November 29, 2021** as to why we should not dismiss his claims for failure to prosecute.

_____
KEARNEY, J.