IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EXAVIER L. WARDLAW | : CIVIL ACTION |
|---|---|
| v. | : NO. 21-1942 |
| THE CITY OF PHILADELPHIA, *et al.* | : |

# ORDER

**AND NOW**, this 9th day of December 2021, following our November 10, 2021 Order (ECF Doc. No. 8) requiring Plaintiff file proof of service of the summons and complaint or show cause as to why we should not dismiss by November 29, 2021 and Plaintiff not filing a show cause Memorandum or proof of timely service of the Complaint under our November 10, 2021 Order (ECF Doc. No. 8), it is **ORDERED** this matter is **DISMISSED** for failure to prosecute and the Clerk of Court shall mark this matter **CLOSED**.

**KEARNEY, J.**