IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Exavier L. Wardlaw

vs.

The City of Phila. et al.

CIVIL/CRIMINAL ACTION NO.

No. 21-1942

## MOTION

I submit this Motion for the following reasons.

1. I was never in recent weeks ever recieved a summons copy to issue to the defendents. I paid my fee and I never recieved another Notice. Will serve summonses tomorrow morning.

PRINTED NAME: Exavier L. Wardlaw
ADDRESSS: 4607 Fernhill Rd
Phila. Pa. 19144

SIGNATURE: [signed]
DATE: 12/14/20

03/2019