Exavier L. Wardlaw
21-cv-1942

12/16/21

Dear, United States District Court for the
Eastern District of Pennsylvania

Yesterday I filled out an application for
for a motion to appeal the decision of 10/9/21
and I did not want to leave anything out.

EMAIL - The email is not the best way
to contact me. I recieved the
ruling of 10/9 on 12/15

U.S. Mail - is the best way to contact me.
When I was making my payment.
I paid $5.00 too much. The Court
sent the check back, requesting
the correct amount.

I was previously contacted by mail and I
expected all notices from the court, to be
by mail. The Court sent me a letter to remove
$5.00, so I expected all communication to be by mail

I would like to make a motion to appeal the
ruling of 10/09

Exavier Wardlaw
21-cv-1942



PHILADELPHIA PA 190
16 DEC 2021 PM 7 L

Everett Ward (Jr.)
4601 Fernhill Rd
Phila Pa 19144

United States District Court
For the
Eastern District of Pennsylvania
6 St. + Market St.
Phila. Pa. 19107

U.S.M.S.
X-RAY