# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| EXAVIER L. WARDLAW <br> _____ <br> *Plaintiff(s)* <br> v. <br> JIHAD ALI, ELIZABETH ESTRADA, LIZ FITZGERALD, CHARLES GREGORY, MELANIE HARRIS, SUSAN HAUCK, DENISE JAMES, ANTHONY MAZZA, G.G. NIKPOUR, KYLE ODOM, ERNEST OWENS, LORNE PEART, PHILLYCAM, SHAMEKA SAWYER, UNDERWOOD SELBY, LAUREN SETTLES, THE CITY OF PHILADELPHIA, PASCALE VALLEE. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No.  21-cv-1942 ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
EXAVIER L. WARDLAW
4601 FERNHILL ROAD
PHILADELPHIA, PA 19144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____8/2/21_____            s/*Vincent J. Alia*
                                  *Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-1942

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Phila
was received by me on *(date)* 1-11-22 .

☒ I personally served the summons on the individual at *(place)* 1515 Arch St. 14th Floor on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* City Soliceter , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* 1/11/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/11/22

*Server's signature*

ALONZO West
*Printed name and title*

3063 N. Sydenham St
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| EXAVIER L. WARDLAW <br><br> *Plaintiff(s)* <br> v. <br> JIHAD ALI, ELIZABETH ESTRADA, LIZ FITZGERALD, CHARLES GREGORY, MELANIE HARRIS, SUSAN HAUCK, DENISE JAMES, ANTHONY MAZZA, G.G. NIKPOUR, KYLE ODOM, ERNEST OWENS, LORNE PEART, PHILLYCAM, SHAMEKA SAWYER, UNDERWOOD SELBY, LAUREN SETTLES, THE CITY OF PHILADELPHIA, PASCALE VALLEE. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-1942 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
EXAVIER L. WARDLAW
4601 FERNHILL ROAD
PHILADELPHIA, PA 19144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____8/2/21_____       _____s/Vincent J. Alia_____
                               *Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

Civil Action No.  21-cv-1942

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PhillyCAM eT. al.

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 699 RANsTead sT. Phila. Pa. 19106 on *(date)* 1/11/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* UNNAMed AdMiNisTraTor , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* The employees aT PhillyCAM Recieved the 19 supeonas but would not sign Their NAMe .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/11/22

*Server's signature*

3063 N. SydeNhAM
ALONZO WesT
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Xavier L. Wardlaw
Civil Action No. 21-cv-1942

Proof of Service
United States District Court
for the
Eastern District of Pennsylvania