**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXAVIER L. WARDLAW** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 21-1942** |
| | **:** | |
| **THE CITY OF PHILADELPHIA,** *et al.* | **:** | |

## <u>ORDER</u>

**AND NOW**, this 2nd day of February 2022, upon considering the PhillyCAM Defendants' Motion for extension of time (ECF Doc. No. 15), mindful the City has not responded but does not dispute service, and for good cause, it is **ORDERED:**

1.      PhillyCAM Defendants' Motion (ECF Doc. No. 16) is **GRANTED;**

2.       All Defendants are granted leave to respond to Plaintiff's Complaint (ECF Doc. No. 2) no later than **February 15, 2022;**

3.      The Clerk of Court shall remove Mr. Wardlaw's email address from the docket; and,

4.       This and all future Orders shall be mailed to Mr. Wardlaw at his address on the docket.

_____
**KEARNEY, J.**