UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXAVIER L. WARDLAW,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF PHILADELPHIA, *et al.*<br>    Defendants. | Case No. 2:21-cv-01942-MAK |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of the undersigned as counsel of record for Defendant, City of Philadelphia, in the above-captioned action.

                                    CITY OF PHILADELPHIA LAW DEPARTMENT

                                    BY: */s/ Sean McGrath*
                                    Sean J. McGrath
                                    Deputy City Solicitor
                                    Attorney I.D. No. 322895
                                    1515 Arch Street, 15th Floor
                                    Philadelphia, PA 19102
                                    Phone: (215) 683-5444
                                    Email: sean.mcgrath@phila.gov
                                    *Attorney for the City of Philadelphia*

DATED: February 3, 2022

| | )|
|---|---|
| EXAVIER L. WARDLAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:21-cv-01942-MAK |
| THE CITY OF PHILADELPHIA, *et al.* | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

I, Sean McGrath, hereby certify that, on the date set forth below, the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system; and has been served on counsel for Defendants PhillyCAM, Liz Fitzgerald, Charles Gregory, Melanie Harris, Susan Hauch, Lorne Peart, Lauren Settles, Jihad Ali, Elizabeth Estrada, Denise James, Anthony Mazza, G.G. Nikpour, Kyle Odom, Ernest Owens, Shameka Sawyer, Underwood Selby, and Pascale Vallee via the Court's ECF electronic notification and by U.S. First-Class Mail upon the following:

        Exavier L. Wardlaw
        4601 Fernhill Road
        Philadelphia, PA 19144
        *Pro se Plaintiff*

February 3, 2022

        */s/ Sean McGrath*
        Sean J. McGrath
        Deputy City Solicitor