**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXAVIER L. WARDLAW** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-1942** |
| | : | |
| **THE CITY OF PHILADELPHIA**, *et al.* | : | |

# ORDER

**AND NOW**, this 10th day of March 2022, upon considering Defendants' Motions to dismiss (ECF Doc. Nos. 18, 21), without timely opposition, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 18, 21) are **GRANTED** without prejudice to Plaintiff filing an amended Complaint if he can state a claim within our limited jurisdiction arising from the decision to not air his submitted film consistent with Federal Rule 11 no later than **March 29, 2022.**

**KEARNEY, J.**