IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXAVIER L. WARDLAW | : CIVIL ACTION |
| | : |
| v. | : NO. 21-1942 |
| | : |
| THE CITY OF PHILADELPHIA, PHILLYCAM, ANTHONY MAZZA, CHARLES GREGORY, DENISE JAMES, UNDERWOOD SELBY, ELIZABETH ESTRADA, ERNEST OWENS, G.G. NIKPOUR, JIHAD ALI, KYLE ODOM, LAUREN SETTLES, LIZ FITZGERALD, LORNE PEART, MELANIE HARRIS, PASCALE VALLEE, SHAMEKA SAWYER, SUSAN HAUCK | : |

# ORDER

**AND NOW**, this 28th day of April 2022, upon considering the City of Philadelphia's and individual Defendants' Motions to dismiss (ECF Doc. Nos. 28, 29), as supplemented (ECF Doc. No. 32) consistent with our April 6, 2022 Order (ECF Doc. No. 31), no timely opposition, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to dismiss (ECF Doc. Nos. 28, 29) are **GRANTED** requiring:

1. We **DISMISS** this case with prejudice finding there is no possible basis to plead a claim within our subject matter jurisdiction; and,

2. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.